J. COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@jcogburnlaw.com
Joseph J. Troiano, Esq.
Nevada Bar No. 12505
jjt@jcogburnlaw.com
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Telephone: (702) 747-6000
Facsimile: (725) 465-8731
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA DEAN, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., d/b/a THE HOME DEPOT #3308, a Foreign Corporation; DOE Individuals 1–10; DOE Employees 11–20; and ROE Corporations 21–30,<br><br>Defendant. | Case No.: 2:24-cv-00367-RFB-DJA |

### STIPULATION AND ORDER TO WITHDRAW SUBPOENA DUCES TECUM AND DEFENDANT'S AMENDED MOTION TO QUASH SUBPOENA

IT IS HEREBY STIPULATED by and between Plaintiff, Maria Dean and Defendant, Home Depot USA, Inc., through their respective attorneys of record, that Plaintiff withdraw her Subpoena Duces Tecum served on David A. Tanner, Esq., and that Defendant withdraw its Amended Motion to Quash Subpoen Pursuant to Court Order, filed on May 1, 2024, and that the

Court vacate the hearing on Defendant's Amended Motion to Quash Subpoena Pursuant to Court Order set for June 18, 2024.

**SO STIPULATED**

Dated this 23rd day of May, 2024.

J. COGBURN LAW

By: */s/ Joseph J. Troiano*
    Jamie S. Cogburn, Esq.
    Nevada Bar No. 8409
    Joseph J. Troiano, Esq.
    Nevada Bar No. 12505
    2580 St. Rose Parkway, Suite 330
    Henderson, NV 89074
    *Attorneys for Plaintiff*

Dated this 23rd day of May, 2024.

HOMAN, STONE & ROSSI, APC

    By: */s/ Lynn V. Rivera*
    Lynn V. Rivera, Esq.
    Nevada Bar No. 6797
    2032 Whitecliff Drive
    Reno, NV 89521
    *Attorney for Defendant*

**ORDER**

IT IS SO ORDERED.  IT IS FURTHER ORDERED that the hearing scheduled for June 18, 2024 is VACATED.

DATED: 5/24/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATEJUDGE