1  STEVEN T. JAFFE, ESQ.
   Nevada Bar No. 7035
2  sjaffe@halljaff.com

3  **HALL JAFFE, LLP**
   7425 Peak Drive
4  Las Vegas, Nevada 89128
   (702) 316-4111
5  Fax (702) 316-4114

6  LYNN V. RIVERA, ESQ.
   Nevada Bar No. 6797
7  **HOMAN, STONE & ROSSI, APC**
   2032 Whitecliff Drive
8  Reno, Nevada 89521
   Telephone: (775) 285-6580
9  Facsimile: (775) 200-0482
   lrivera@homan-stone.com
10

11 **Mailing Address:**
   1461 Ford Street, Suite 201
12 Redlands, California 92373

13 *Attorneys for Defendant Home Depot U.S.A., Inc.*
   *d/b/a The Home Depot 3308*
14

15                    **UNITED STATES DISTRICT COURT**

16                          **DISTRICT OF NEVADA**

17
   MARIA DEAN, an individual,                | CASE NO.  2:24-cv-00367-RFP-DJA
18
                   Plaintiff,                |
19
   vs.                                       |
20                                           | **SUBSTITUTION OF ATTORNEYS FOR**
   HOME DEPOT U.S.A., INC. d/b/a THE         | **DEFENDANTS HOME DEPOT U.S.A.,**
21 HOME DEPOT 3308, a Foreign Corporation;   | **INC. d/b/a THE HOME DEPOT 3308**
   DOE Individuals 1-10; DOE Employees 11-   |
22 20; and ROE Corporations 21-30,           |
                                             |
23                 Defendants.                |
   _____|
24
   …
25

26
   …
27

28

                                    1

1 | Defendants, HOME DEPOT U.S.A., INC. d/b/a THE HOME DEPOT 3308, hereby substitutes STEVEN T. JAFFE, ESQ. of the law firm HALL JAFFE, LLP as its attorneys in the above-entitled action in the place and instead of LYNN V. RIVERA, ESQ. of HOMAN, STONE & ROSSI, APC.

DATED this 10th day of July 2024.

By: _____
Representative for Home Depot U.S.A.,
Inc. d/b/a The Home Depot

Lynn V. Rivera, Esq. of the law firm of HOMAN, STONE & ROSSI, APC hereby agrees and consents to the substitution of STEVEN T. JAFFE, ESQ. of the law firm HALL JAFFE, LLP, as the attorneys of record for Defendants HOME DEPOT U.S.A., INC. d/b/a THE HOME DEPOT 3308 in this matter.

DATED this 10 day of July 2024.

**HOMAN, STONE & ROSSI, APC**

By: _____
LYNN V. RIVERA, ESQ.
Nevada Bar No. 6797
2032 Whitecliff Drive
Reno, Nevada 89521

...

...

...

2

Steve Jaffe, Esq. of HALL JAFFE, LLP hereby accepts the substitution as attorneys of record for Defendants HOME DEPOT U.S.A., INC. d/b/a THE HOME DEPOT 3308, in the above-entitled action.

DATED this 23rd day of July, 2024.

HALL JAFFE, LLP

By: /s/ Steven T. Jaffe
STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Defendant Home Depot U.S.A., Inc.*

IT IS THEREFORE ORDERED that Home Depot U.S.A., Inc.'s motion to substitute counsel (ECF No. 36) is GRANTED. The Clerk of Court is kindly directed to remove attorney Lynn V. Rivera, Esq. as attorney of record in this case.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: July 24, 2024

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I certify that I am an employee of **HALL JAFFE**, and on this 23 day of July, 2024, I served a copy of the foregoing **SUBSTITUTION OF ATTORNEYS FOR DEFENDANTS HOME DEPOT U.S.A., INC. d/b/a THE HOME DEPOT 3308** as follows:

[ ]   **U.S. MAIL** — By depositing a true copy thereof in the U.S. Mail, first class postage prepaid and addressed as listed below; and/or

[ ]   **FACSIMILE** — By facsimile transmission to the facsimile number(s) shown below; and/or

[ ]   **HAND DELIVERY** — By hand-delivery to the addresses listed below; and/or

[X]   **ELECTRONIC SERVICE** — Pursuant to the Court's CM/ECF e-filing system.

Jamie S. Cogburn, Esq.
Joseph J. Troiano, Esq.
J. COGBURN LAW
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
*Attorneys for Plaintiff*

/s/ Marianne Sylva
An Employee of
**HALL JAFFE**