COGBURN DAVIDSON
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cdinjury.com
Kendelee L. Works, Esq.
Nevada Bar No. 9611
klw@cdinjury.com
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Telephone: (702) 747-6000
Facsimile: (725) 465-8731
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA DEAN, an Individual,<br><br>            Plaintiff,<br><br>    vs.<br><br>HOME DEPOT U.S.A., INC., d/b/a THE HOME DEPOT #3308, a Foreign Corporation; DOE Individuals 1–10; DOE Employees 11–20; and ROE Corporations 21–30,<br><br>            Defendant. | Case Number:<br>2:24-cv-00367-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO COMPEL FRCP 35 EXAMINATION OF PLAINTIFF, MOTION FOR PROTECTIVE ORDER ON DISCLOSURE OF NEUROSYCHOLOGICAL DATA AND MOTION TO EXTEND DISCOVERY DEADLINES**<br><br>**(FIRST REQUEST)** |

The Parties herein submit this Stipulation to Extend the Deadline for Plaintiff to Respond to Defendants Motion to Compel FRCP 30 Examination of Plaintiff, Motion for Protective Order on Disclosure of Neuropsychological Data and Motion to Extend Discovery Deadlines (Sixth Request).

1  Defendants' combined Motion to Compel FRCP 30 Examination of Plaintiff, Motion for Protective Order on Disclosure of Neuropsychological Data and Motion to Extend Discovery Deadlines (Sixth Request) was originally filed on May 9, 2025, making Plaintiff's response to Defendants combined motion due on May 23, 2025. The United States District Court District of Nevada filed a Clerk's Notice indicating that Defendants did not file the motions pursuant to LR IC 2-2(b). For each type of relief requested or purpose, a separate document must be filed. Defendants were advised to refile ECF No. [48] and be in compliance with LR IC 2-5(b) and LR IC 2-2 (c) by filing separate documents for each request or purpose.

Defendants' Motion to Compel FRCP 30 Examination of Plaintiff and Motion for Protective Order on Disclosure of Neuropsychological Data was refiled on May 15, 2025, making Plaintiff's response due May 29, 2025. Defendants' Motion to Extend Discovery Deadlines (Sixth Request) was refiled on May 16, 2025, making Plaintiffs response due May 30, 2025.

IT IS SO STIPULATED AND AGREED that the deadline to file Plaintiff's Response to Defendants' Motion to Compel FRCP 30 Examination of Plaintiff; Defendants' Motion for Protective Order on Disclosure of Neuropsychological Data; and Defendants' Motion to Extend Discovery Deadlines (Sixth Request) shall all now be May 30, 2025.

IT IS SO STIPULATED AND AGREED that Defendant's Reply in Support of Defendants Motion to Compel FRCP 30 Examination of Plaintiff; Reply in Support of Motion for Protective

. . .

. . .

. . .

. . .

. . .

Order on Disclosure of Neuropsychological Data and; Reply in Support of Motion to Extend Discovery Deadlines shall now be due June 6, 2025.

| Dated this 28th day of May, 2025. | Dated this 28th day of May, 2025. |
|---|---|
| COGBURN DAVIDSON | HALL JAFEE, LLP |
| By: */s/Kendelee L. Works* | By: */s/Kevin S. Smith* |
| Jamie S. Cogburn, Esq.<br>Nevada Bar No. 8409<br>Kendelee L. Works, Esq.<br>Nevada Bar No. 9611<br>2580 St. Rose Parkway, Suite 330<br>Henderson, NV 89074<br>*Attorneys for Plaintiff* | Steven T. Jaffe, Esq.<br>Nevada Bar No. 7035<br>Kevin S. Smith, Esq.<br>Nevada Bar No. 7184<br>7425 Peak Drive<br>Las Vegas, NV 89128<br>*Attorneys for Home Depot U.S.A., Inc.* |

**ORDER**

IT IS SO ORDERED.

5/28/2025
DATE

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE