COGBURN DAVIDSON
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cdinjury.com
Kendelee L. Works, Esq.
Nevada Bar No. 9611
klw@cdinjury.com
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Telephone: (702) 747-6000
Facsimile: (725) 465-8731
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIA DEAN, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., d/b/a THE HOME DEPOT #3308, a Foreign Corporation; DOE Individuals 1–10; DOE Employees 11–20; and ROE Corporations 21–30,<br><br>Defendant. | Case Number:<br>2:24-cv-00367-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Maria Dean and Defendant Home Depot U.S.A., Inc., dba The Home Depot #3308 through their respective attorneys of record, that Plaintiff's Response to Defendants' Motion for Summary Judgment, which was originally due on July 16, 2026, shall now be due July 30, 2026. Counsel for both Parties have reached this agreement based on their respective litigation calendars and the need for additional time to sufficiently respond to the various issues raised by Defendant's Motion, which seeks full dispositive relief.

. . .

IT IS FURTHER STIPULATED AND AGREED that Defendants' Reply in Support of Defendants' Motion for Summary Judgment, shall be due August 13, 2026. This Stipulation is submitted in good faith and not for the purpose of delay.

Dated this 16th day of July, 2026.

COGBURN DAVIDSON

By: */s/Jamie S. Cogburn*
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Kendelee L. Works, Esq.
Nevada Bar No. 9611
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
*Attorneys for Plaintiff*

Dated this 16th day of July, 2026.

HALL HERNANDEZ SMITH

By: */s/Kevin S. Smith*
Michael R. Hall , Esq.
Nevada Bar No. 5978
Kevin S. Smith, Esq.
Nevada Bar No. 7184
7425 Peak Drive
Las Vegas, NV 89128
*Attorneys for Home Depot U.S.A., Inc.*

**ORDER**

IT IS SO ORDERED.

July 16, 2026.
DATE

UNITED STATES DISTRICT JUDGE or
UNITED STATES MAGISTRATE JUDGE